IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TYRUS JONES, # 287250,      )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:14cv901-MHT
                            )          (WO)
OFFICER YOUNG and           )
OFFICER E. HARDY,           )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that the defendant correctional officers failed to protect him from an assault by another prisoner. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of April, 2015.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**